# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COBBLER NEVADA, LLC.,

    Plaintiff,

v.                                        Case No. 15-12774

DOES 1-30,

    Defendants.
                                      /

## ORDER TO SHOW CAUSE

On August 6, 2015, Plaintiff Cobbler Nevada, LLC initiated this action against thirty John Doe Defendants. (Dkt. # 1.) Plaintiff alleges that each of the Defendants used "BitTorrent," an online, peer-to-peer network to download and distribute an unauthorized version of the copyrighted film, *The Cobbler.* (*Id.* at Pg. ID 1.) Plaintiff, however, has offered no allegations in its Complaint to suggest that propsed Defendants 1-30 acted in concert or as a group. (*See* Dkt. # 1.)

The instant action is just one of several nearly identical cases pending before the judges of this court. Since May 2015, Plaintiff has filed at least twenty-eight similar lawsuits. In each, Plaintiff has named between ten and thirty-two different John Doe defendants, for a total of well over 600 defendants.

Plaintiff has provided no basis for these multiple-defendant filings. The court is inclined to treat the present action as actually encompassing thirty separate lawsuits against thirty independent Defendants. As such, the court intends to order that (1) the complaint against each individual Defendant be severed pursuant to Federal Rule of

Civil Procedure 21, (2) a separate complaint be filed against each individual Defendant, and (3) the appropriate filing fee be paid for each case.

Before taking this action, however, the court will provide Plaintiff with an opportunity to respond. Accordingly,

Plaintiff is ORDERED TO SHOW CAUSE, in writing, on or before **September 25, 2015**, why its suit should not be severed into thirty distinct actions.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 11, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 11, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522